1  TONY TAMBURELLO, SBN: 46037
   LAW OFFICE OF TONY TAMBURELLO
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:    (415) 431-4500
   Facsimile:(415) 255-8631
4  E-mail: ttduboce@mindspring.com

5

6  Attorneys for Defendant
   LEROY RICHARD, JR.
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.  CR09-00203-CW |
| ) | |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING** |
| ) | **STATUS AND DETENTION HEARING** |
| LEROY RICHARD, JR. et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to a stipulation with Assistant United States Attorney, Garth Hire, and Pre-trial Service Officer, Carol Mendoza, it is hereby stipulated and requested that the currently set hearing date of March 23, 2009 be continued to Tuesday, March 24, 2009, at 10:00a.m. before the Honorable Magistrate Wayne

-1-   C:\Wp60\Wp60\FD\StiptoContStatus&DetentionHearing.Richard.wpd

1 | Brazil.

3 | Dated: March 20, 2009                Respectfully Submitted,

5 |                                        /S/Tony Tamburello
6 |                                      TONY TAMBURELLO
   |                                      ATTORNEY FOR LEROY RICHARD, JR.

10 | IT IS SO ORDERED.
11 | Dated: March 20, 2009

                                         GRANTED
                                         /s/ Wayne D. Brazil
                                         Judge Wayne D. Brazil

13 |                                     WAYNE BRAZIL
    |                                     UNITED STATES MAGISTRATE JUDGE