KENNETH H. WINE (#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400

Counsel for LEROY RICHARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-09-203 CW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING |
| v. ) | CHANGE OF PLEA DATE |
| ) | |
| LEROY RICHARD, ) | |
| ) | |
| Defendant. ) | |

The parties hereby stipulate and request:

1. That the previously set change of plea date of February 19, 2010 be continued, as the parties are continuing to diligently work towards resolution;

2. The parties are presently set for a status conference on Friday, February 26, 2010, and time has already been excluded for Speedy Trial Act purposes until that date; and

3. That the parties request a new change of plea date of March 5, 2010 at 10:00 a.m. before Honorable Magistrate Laurel Beeler.

Dated: February 18, 2010                    /s/ Kenneth Wine
                                            Kenneth H. Wine

STIP/ORDER

| | |
|---|---|
| Dated: February 18, 2010 | /s/Garth Hire<br>Garth Hire<br>Assistant United States Attorney |

**ORDER**

GOOD CAUSE APPEARING:

A change of plea date for Defendant Leroy Richard is hereby continued until March 5, 2010, at 10:00 a.m.

SO ORDERED.

DATED: February 18, 2010

Laurel Beeler,
United States Magistrate Judge

STIP/ORDER                                        2